IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

PLASMA PHYSICS CORPORATION, )
                  )
            Plaintiff, )
                  )
      v.            ) Civil Action
                  ) No. _____
HITACHI, LTD., HITACHI AMERICA, LTD., )
and HITACHI SEMICONDUCTOR (AMERICA) INC., ) **JURY TRIAL**
                  ) **DEMANDED**
            Defendants. )

## COMPLAINT

This complaint is filed to effectuate Judge Wexler's July 24, 2000 oral ruling with respect to Hitachi, Ltd., Hitachi America, Ltd., and Hitachi Semiconductor (America) Inc., and Civil Action No. CV-99-8593. In accordance with Judge Wexler's ruling, the filing date of this complaint relates back to the December 28, 1999 filing date for Civil Action No. CV-99-8593 for all substantive issues in the original complaints, including damages pursuant to 35 U.S.C. § 286. Therefore, plaintiff, Plasma Physics Corporation ("Plasma Physics"), for its complaint against defendants, Hitachi, Ltd., Hitachi America, Ltd., and Hitachi Semiconductor (America) Inc., alleges as follows:

### JURISDICTION

1. This is an action for patent infringement under the laws of the United States, Title 35, United States Code. Jurisdiction and venue are based on Sections 1338(a), 1391(b), 1391(c), 1391(d), and/or 1400(b) of Title 28, United States Code.



## PARTIES

2.     Plaintiff Plasma Physics is a New York corporation with its principal place of business at 40 Overlook Road, Locust Valley, New York 11560, within this judicial district.

3.     Upon information and belief, defendant Hitachi, Ltd. is a Japanese corporation having a place of business at 6, Kanda-Surugadai 4-chome, Chiyoda-Ku, Tokyo, 101-8010, Japan. Upon information and belief, in connection with the acts of infringement complained of herein, Hitachi, Ltd. has and is (a) transacting business within New York, (b) contracting to supply goods or services in New York, (c) committing tortious acts within New York, and/or (d) committing tortious acts without New York causing injury to persons and property within New York, and (i) regularly does or solicits business, or derives substantial revenue from goods used or consumed or services rendered, in New York or (ii) expects or should reasonably expect its tortious acts to have consequences in New York and derives substantial revenue from interstate or international commerce. In addition, upon information and belief, Hitachi, Ltd. has and is, in connection with the acts of infringement complained of herein, purposely directing into the stream of commerce semiconductor components included in Hitachi electronic products or to be included in electronic products made by others with the expectation that such electronic products will be purchased and used in New York.

4.     Upon information and belief, defendant Hitachi America, Ltd., a wholly owned subsidiary of Hitachi, Ltd., is a New York corporation having a place of

business at 50 Prospect Avenue, Tarrytown, New York 10591 and is doing business in New York.

5.  Upon information and belief, defendant Hitachi Semiconductor (America) Inc., is a wholly owned subsidiary of Hitachi Ltd., is a Delaware corporation with a place of business at 21 Old Main Street, Fishkill, New York 12524-1848, is registered to do business and is doing business in New York, and has a registered agent for service of process in New York.

## THE PATENTS IN SUIT

6.  United States Patent 4,226,897 (the "'897 patent"), entitled "Method of Forming Semiconducting Materials and Barriers," duly and legally issued to Plasma Physics on October 7, 1980, based on an application filed on December 5, 1977 by John H. Coleman. Plasma Physics is the owner of title to the '897 patent and has the right to recover for past infringement thereof with respect to the following subject matter areas: apparatus for performing plasma chemical vapor coating or plasma chemical vapor etching of disc-shaped wafers made of single crystal silicon, polycrystal silicon, single crystal III-V compounds or polycrystal III-V compounds; disc-shaped wafers made with such apparatus by plasma chemical vapor coating or plasma chemical vapor etching; and processes in combination with such apparatus (the "Excluded Subject Matter").

7.  United States Patent 5,470,784 (the "'784 patent"), entitled "Method of Forming Semiconducting Materials and Barriers Using A Multiple Chamber Arrangement," duly and legally issued to Plasma Physics on November 28, 1995, based on an application filed on September 23, 1992 by John H. Coleman. Plasma Physics is the

3

owner of title to the '784 patent and has the right to recover for past infringement thereof in the areas of the Excluded Subject Matter.

## CLAIMS FOR PATENT INFRINGEMENT

8. Upon information and belief, defendants Hitachi, Ltd., Hitachi America, Ltd. and Hitachi Semiconductor (America) Inc., have infringed one or more claims of the '897 and '784 patents, and are continuing to infringe one or more claims of the '784 patent, in violation of 35 U.S.C. §§ 271 (a), (b) and/or (g) by making, using, offering to sell, selling and/or importing into the United States semiconductor wafer products made by processes claimed in one or more claims of the '897 and '784 patents and/or by actively inducing infringement of one or more claims of the '897 and '784 patents.

9. Notice of infringement has been given to Hitachi, Ltd, and thereby also to its wholly owned subsidiaries Hitachi America, Ltd. and Hitachi Semiconductor (America) Inc.

10. Upon information and belief, Hitachi, Ltd.'s, Hitachi America, Ltd.'s, and Hitachi Semiconductor (America) Inc.'s infringement has been willful and deliberate.

WHEREFORE, plaintiff Plasma Physics Corporation prays for judgment and relief against defendants, including:

A. Adjudging each of the '897 and '784 patents to be not invalid and to be enforceable;

B.  Adjudging that each of the defendants has infringed and induced infringement of said patents;

C.  Permanently enjoining Hitachi, Ltd., Hitachi America, Ltd., and Hitachi Semiconductor (America) Inc., and their officers, agents, servants, employees, attorneys, all parent and subsidiary corporations, their assigns and successors in interest, and those persons in active concert or participation with any of them who receive notice of the injunction, including distributors and customers, from continuing acts of infringement of the '784 patent;

D  Adjudging that an accounting be had for damages caused by the defendants' infringement, together with pre-judgment and post-judgment interest;

E.  Adjudging that defendants are willful infringers and trebling the aforesaid damages pursuant to 35 U.S.C. § 284;

F.  Adjudging that this case is an exceptional case and awarding Plasma Physics Corporation its costs, expenses and reasonable attorney's fees pursuant to 35 U.S.C. § 285; and

5

G.  Such other and further relief as this Court may deem just and proper.

Trial by Jury is hereby demanded.

Dated: August 4, 2000

_____
HERBERT F. SCHWARTZ (HS2599)
PATRICIA A. MARTONE (PM2989)
ERIC R. HUBBARD (EH9798)
  FISH & NEAVE
  1251 Avenue of the Americas
  New York, New York 10020
  (212) 596-9000

EDWARD F. MULLOWNEY (EM0673)
MARK D. ROWLAND (MR8361)
  FISH & NEAVE
  525 University Avenue
  Palo Alto, California 94301
  (415) 617-4000

Attorneys for Plaintiff,
    Plasma Physics Corporation

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

00 4553

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
PLASMA PHYSICS CORPORATION

## DEFENDANTS
HITACHI, LTD.
HITACHI AMERICA, LTD.
HITACHI SEMICONDUCTOR (AMERICA)

WEXLER, J.
WALL, M.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Nassau__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __SEE ATTACHED__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Fish & Neave
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

ATTORNEYS (IF KNOWN)
Latham & Watkins
885 Third Avenue
New York, NY 10022
(212) 906-1244

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY) pursuant to Court Order
Refiling of Civil Action 99-8593 into separate cases

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 830 Patent | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 871 IRS - Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

This is an action for patent infringement arising under the Patent Laws of the United States, Title 35, United States Code, and more particularly under Sections 271, 281, 284 and 285 of that Title.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE __Wexler__   DOCKET NUMBER __99-8593, 00-2199, 00-3146__

DATE __August 7, 2000__

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.

## ARBITRATION CERTIFICATION

I, __Herbert F. Schwartz__, counsel for __Plasma Physics Corporation__ do hereby certify pursuant to the Local Civil Rule 83.10, at (d) (3), that to the best of my knowledge and belief the damages recoverable in the above captioned civil action exceed the sum of $150,000 exclusive of interest and costs.

__Injunctive__ Relief other than monetary damages is sought.

## DISCLOSURE OF INTERESTED PARTIES - LOCAL CIVIL RULE 1.9

Identify any corporate parents, subsidiaries or affiliates of named corporate parties:

__See separate statement__

Did the cause arise in Nassau or Suffolk County? __Yes__

If you answered yes, please indicate which county. __Nassau__

County of residence of plaintiff(s)  (1) __Nassau__
(2) _____
(3) _____

County of residence of defendant(s)  (1) __SEE ATTACHED__
(2) _____
(3) _____

**I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.**

Yes __X__     No _____

**Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?**

Yes _____ (If yes, please explain)     No __X__

Please provide your E-MAIL Address and bar code below. Your bar code consist of the initials of your first and last name and the last four digits of your social security number or any other four digit number registered by the attorney with the Clerk of Court.
**(This information must be provided pursuant to local rule 11.1(b) of the local civil rules)** ATTORNEY BAR CODE: __HS2599__

E-MAIL ADDRESS __HSCHWARTZ@FISHNEAVE.COM__

| Defendant | County of Residence |
|---|---|
| Hitachi, Ltd. | 6, Kanda-Surugadai 4-chome<br>Chiyoda-Ku, Tokyo, 101-8010<br>JAPAN |
| Hitachi America, Ltd. | 50 Prospect Avenue<br>Tarrytown, NY 10591<br>(Westchester County) |
| Hitachi Semiconductor (America) Inc. | 21 Old Main Street<br>Fishkill, NY 12207-2543<br>(Dutchess County) |